UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KARLA DAVIS,

    Petitioner,

v.                                        Case No. 4:19cv567-AW-HTC

STATE OF FLORIDA,

    Respondent.

_____/

## O R D E R

This case is before the Court upon the magistrate judge's Report and Recommendation dated August 10, 2021 (ECF No. 16). There has been no objection.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This clerk is directed to **TRANSFER** this case to the United States District Court for the Middle District of Florida.

3. The clerk is directed to close the file in the Northern District.

Case No. 4:19cv567-AW-HTC

**DONE AND ORDERED** this 6th day of October, 2021.

s/ *Allen Winsor*
**ALLEN C. WINSOR**
**UNITED STATES DISTRICT JUDGE**

Case No. 4:19cv567-AW-HTC